207 F.2d 958
 Carl William BURKHOLDER, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 13935.
 United States Court of Appeals
Ninth Circuit.
 Nov. 17, 1953.
Writ of Certiorari Denied Nov. 30, 1953.
Rehearing Denied Dec. 14, 1953.
See 74 S.Ct. 236.
 
 Carl William Burkholder, in pro. per.
 Charles P. Moriarty, U.S. Atty., Seattle, Wash., Guy A. B. Dovell, Asst. U.S. Atty., Tacoma, Wash., for appellee.
 Before HEALY and POPE, Circuit Judges, and DRIVER, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed on the authority of Jones v. Squier, 9 Cir., 195 F.2d 179, and Winhoven v. Swope, 9 Cir., 195 F.2d 181.